IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
ST. THOMAS & ST. JOHN, VIRGIN ISLANDS

In Re:

NOLASCO COMMUNICATION, INC.                Bankruptcy No. 3-17-30004-MFW

        Debtor                                        Chapter 7

## STATUS REPORT

Pursuant to the Order of this Court on January 11, 2018, the undersigned Trustee, hereby reports the status of this matter.

Since the filing of this matter by the above captioned Debtor, the undersigned has conducted a 341 hearing and has extensively discussed the matter with Debtor's counsel. Based on questioning of both the Debtors representative and counsel and a review of the Debtor available financial records, it is clear that the Debtor has no assets that can be liquidated for the benefit of the creditors.

Therefore, a Report of No Distribution will be filed.

Dated: January 12, 2018

                                                          Kevin F. D'Amour, Trustee

cc: Benjamin A. Currence, Esq.