**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS & ST. JOHN, VIRGIN ISLANDS**

| | | |
|---|---|---|
| In Re: | : | |
| NOLASCO COMMUNCATION, INC. | : | Bankruptcy No. <u>317-30004-MFW</u> |
| Debtor | : | Chapter <u>11</u> |
| ACE INSURANCE COMPANY | : | Related Doc.# <u>11</u> |
| Movant | : | Hearing Date and Time: 10/11/18 @10:00 A.M. AST |
| v. | : | |
| NO RESPONDENTS | : | |

# NOTICE AND ORDER SETTING HEARING ON MOTION

**AND NOW,** this **21ˢᵗ** day of **September,** 2018, NOTICE IS HEREBY GIVEN that an **Objection to Trustee's Report of No Distribution**, has been filed by the **Creditor Creditor ACE Insurance Company**, in the above-captioned case.

**It is hereby ORDERED** that a hearing on the **Objection** is scheduled for **October 11, 2018, at 10:00 a.m. (AST)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the **Ron De Lugo Federal Building & Courthouse, 5500 Veteran's Drive, Suite 310, St. Thomas, Virgin Islands** via telephonic/video conference.

**It is FURTHER ORDERED** that any response including a consent to the **Objection** shall be timely filed with the Clerk of the Bankruptcy Court and served on the moving parties and their counsel no later than **October 4, 2018.**

**It is FURTHER ORDERED** that for the moving party shall immediately serve a copy of this Notice and Order to all parties in interest that do not receive electronic notification and file a **Certificate of Service** within **5 days** of the date of this order.

*Mary F. Walrath*
**Mary F. Walrath**
**U. S. Bankruptcy Judge**

**cm: Andrew Simpson, Esq.**