**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS & ST. JOHN**

IN RE: NOLASCO COMMUNICATION, INC.                CASE NO. 3:17-BK-30004-MFW

## NOTICE OF PROPOSED SALE OF PROPERTY

Kevin F. D'Amour, Trustee, hereby give(s) notice of intent to sell the property described below in the manner and at the time stated below, and provides the following information in that regard:

1. The property to be sold is: Nolasco Communication, Inc's pending cause(s) of action against Bonneville Group Virgin Islands Corporation ("Bonneville"). The cause(s) of action are pending in the Superior Court of the Virgin Islands, St. Croix Division, as Case No. SX-15-CV-220.

2. The name and address of the proposed buyer are ACE Insurance Company n/k/a Chubb Insurance Company, c/o Andrew C. Simpson PC, 2191 Church St., Ste. 5, Christiansted, VI 00820. 340.719.3900.

3. The purchase price is $15,000. The sale is a private sale. The terms and conditions of the sale are as set forth in Exhibit B to the motion to approve sale, which is filed with the Court as Doc. No. __.

4. Higher or better offers will be considered at the sale hearing.

5. Contact the Trustee at the address below for terms and conditions of the sale or to examine the Property.

6. A sale hearing will be held on Feb. 12, 2019 at 10:00 a.m. AST at the Ron de Lugo Fed. Bldg. & Courthouse, 5500 Veteran's Drive, St. Thomas, Virgin Islands 00802.

7. Objections to the sale must be filed and served on or before February 5, 2019. The court may consider this matter without further notice or hearing unless a party in interest files an objection.

8. A minimum of $15,000 cash or certified funds is required to bid at the sale hearing.

9. It is proposed that the proceeds of the sale will be distributed to creditors after payment of administrative costs of the sale.

/s/ Kevin F. D'Amour, Trustee
5143 Palm Passage, Ste. 18B & 19B
St. Thomas, VI 00802
340.774.8188

**Exhibit C**