IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

**BANKRUPTCY DIVISION
ST. THOMAS & ST. JOHN**

| | |
|---|---|
| IN RE:<br><br>NOLASCO COMMUNICATION, INC. | CASE NO. 3:17-BK-30004-MFW |

**ORDER APPROVING PRIVATE SALE**

This matter is before the Court on the joint motion of the Trustee and ACE Insurance Company, now known as Chubb Insurance Company, (ACE"), seeking to sell the property described below at private sale.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

The property to be sold ("the Property") is the Debtor's cause(s) of action against Bonneville Group Virgin Islands Corporation ("Bonneville"), which is pending in the Superior Court of the Virgin Islands, St. Croix Division, as Case No. SX-15-CV-220.

The Trustee and ACE filed a joint motion seeking approval of the private sale of the Property for $15,000 on January 22, 2019. Notice of the sale, and publication of the notice, was given as required by LBR 6004-1.E.

The deadline for filing of objections (or higher or better offers) was February 5, 2019. No such objections or offers were received by the deadline or at the sale hearing. LBR 6004-1.D provides that if no objection to a sale motion is filed, the Court may

Exhibit D

approve the sale without further notice or hearing.

The premises considered, the motion is approved and it is

**ORDERED** that the Motion to Sell at Private Sale is GRANTED. It is further

**ORDERED** the Trustee shall sell the Property to ACE in accordance with the terms and conditions set forth in the Asset Purchase Agreement that was attached to the Motion to Sell at Private Sale as Exhibit B.

So **ORDERED** this \_\_\_\_, day of February, 2019.

_____
Mary F. Walrath
U.S. Bankruptcy Judge

**Exhibit D**