# DISTRICT OF THE VIRGIN ISLANDS
## ST. THOMAS & ST. JOHN, VIRGIN ISLANDS
### PROCEEDING MEMO

| | |
|---|---|
| <u>DATE:</u> | Tuesday, February 12, 2019 |
| <u>IN RE:</u> | Nolasco Communication, Inc. |
| ADV. PROCEEDING NO. | 3-17-30004-MFW |
| BEFORE: | Honorable Mary F. Walrath |
| COURTROOM DEPUTY: | Kimberley Willett |
| COURT REPORTER: | FTR System |

<u>APPEARANCES:</u>

*-Kevin D'Amour, Chapter 7 Trustee*
*-Andrew Simpson, Counsel for ACE Insurance Company*

<u>NATURE OF PROCEEDING</u>

*Objection to Trustee's Report of No Distribution contd. (Docket #16)*
*Motion for Sale of Property under Section 363(b) (Docket #19)*

**JUDGE'S NOTES:**

**JUDGE**
Continuation of the objection to Trustee's report and Trustee has now filed a motion to sell the assets to Ace.

**TRUSTEE**
There is one issue, the Superior Court dismissed the case despite the stay and Ace has filed a motion to reopen.

**ACE**
Filed it 14 days after the judgment, have 30 days to file so it's timely. Okay with going ahead with the sale motion.

**TRUSTEE**
Yes

**JUDGE**
I will enter the order authorizing the sale of the property.

Dated:   February 12, 2019

*Mary F. Walrath*
U.S. Bankruptcy Judge