**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS & ST. JOHN, VIRGIN ISLANDS**

| | |
|---|---|
| In Re: | |
| **NOLASCO COMMUNICATION, INC.** | Bankruptcy No. <u>3-17-30004-MFW</u> |
| Debtor | Chapter <u>7</u> |
| | Hearing Date and Time: 10/23/19 @10:00 A.M. AST |

# <u>ORDER SCHEDULING STATUS CONFERENCE HEARING</u>

**And Now,** to-wit, this <u>**7**</u><sup>th</sup> day of <u>**October, 2019,**</u>

**IT IS HEREBY ORDERED** that a Status Conference in the above case is scheduled for hearing on <u>**October 23, 2019 @ 10:00 A.M. (AST)**</u> at the <u>**Ron De Lugo Federal Building & Courthouse, 5500 Veteran's Drive, Suite 310, St. Thomas, Virgin Islands**</u> via video conference, to consider the status of the case and related matters which may be brought to the attention of the Court, including any issue to be addressed pursuant to 11 U.S.C. § 105(d).

**It Is Further Ordered** that Debtor's counsel and the Trustee, if appointed, shall appear and be prepared to address these issues.  If a trustee is not appointed, then the United States Trustee.

*[signature]*

Mary F. Walrath
U. S. Bankruptcy Judge