IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

BANKRUPTCY DIVISION
ST. THOMAS & ST. JOHN

| | |
|---|---|
| IN RE:<br><br>NOLASCO COMMUNICATION, INC. | CASE NO. 3:17-BK-30004-MFW |

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS HEARING

Now come ACE Insurance Company ("ACE") and the Kevin D'Amour, Trustee, and in advance of the status hearing set for January 18, 2023 at 10:00 a.m. advise the Court of the following:

1. The parties continue to await a ruling from the Superior Court of the Virgin Islands regarding the motion to vacate the dismissal of the cause of action that ACE agreed to purchase (contingent upon the dismissal being vacated).

2. Until the Superior Court rules, there is no further action that can be taken to advance this proceeding.

3. Benjamin A. Currence, counsel for the debtor, passed away on February 25, 2019 and no attorney has appeared to substitute for him.

4. Counsel for ACE has a conflict with a January 18, 2023 hearing scheduled for 10:00 a.m. AST in the Superior Court of the Virgin Islands that was scheduled before this

Court set this case on for a status hearing at the identical time. If this status report is insufficient for the Court's purposes, then counsel respectfully requests that the status hearing be moved to a time later on the Court's docket for January 18, 2023.

**Dated**: January 12, 2023

Respectfully submitted,

ACE Insurance Co.

 /s/ Andrew C. Simpson
Andrew C. Simpson, Esq.
VI Bar No. 451
**ANDREW C. SIMPSON, P.C.**
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

Attorneys for Ace Insurance Co.

Approved:

/s/ Kevin F. D'Amour
Kevin F. D'Amour, Panel Trustee
VI Bar #288
P.O. Box 10829
St. Thomas, VI 00801
kevin.damour@comcast.net

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to:

Kevin F. D'Amour
Kevin F. D'Amour, P.C.
5143 Palm Passage
Suites 18B & 19B
St. Thomas, VI 00802
340.774.8188

By:    /s/Andrew C. Simpson
       Andrew C. Simpson